UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:17-cr-00141-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**DEON JACKSON,**

Defendant.

---

**DEFENDANT DEON JACKSON'S OBJECTION TO PORTION OF PRESENTENCE REPORT**

---

    COMES NOW, Deon Jackson by and through his attorney Wade H. Eldridge of Wade H. Eldridge, P.C., and hereby sets forth the following Objections to the Pre-Sentence Report, as follows:

1. Paragraphs 72 and 73 of the Pre-Sentence Report states that the Court has the "discretion" to order that the Defendant be ineligible for any and all federal benefits for up to 10 years after his conviction. Defendant objects to this suggestion. Defendant contends that it would be cruel and unusual, both on its face and as applied. Defendant contends that, when he is released from custody, he may need more government benefits to live a life free of crime, not fewer benefits.

2. The probation officer also recommends a "Search condition" be imposed by the Court as part of Mr. Jackson's sentence. In the case of United States v. Lara, 815 F3d 605 (9th

1

Cir. 2016), the United States Court of Appeals for the Ninth Circuit recognized that "while the privacy interest of a probationer has been "significantly diminished, (citing United States v. Knights, 534 U.S. 112, at 120 (2001), it is still substantial." The Court noted that its approval of 'search waivers" in the case of United States v. King, 736 F.3d 805 (9th Ci. 2013) was limited to "violent felons."  The Court then evaluated whether a search of Mr. Lara's cell phone was "reasonable." It determined that, because Mr. Lara was not a violent felon, such a search was not reasonable, despite his agreement to a search condition as part of the terms of his probation.

3. Defendant acknowledges that this is not his "first foray into the world of illicit drug sales." However, he has been arrested, has pled guilty, and expects to be sentenced to federal prison for sixty months. The protections of the Bill of Rights are for everyone, even convicted felons. Defendant Deon Jackson will forfeit his liberty for five years, that is the penalty prescribed by law for his crime. However, it is not right to make him also forfeit his rights under the Fourth Amendment to the Constitution of the United States.

Respectfully submitted on August 24, 2017

*S/ WADE H. ELDRIDGE*
Wade H.  Eldridge #6518
1471 Stuart Street
Denver, CO 80204
303-861-4222
Fax: 303-407-8001
Attorney for Deon Jackson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August 2017, I electronically filed the foregoing **DEFENDANT DEON JACKSON'S OBJECTION TO PORTION OF PRESENTENCE REPORT** with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                                          */s/ Michelle M. Counce*
                                                          Michelle M. Counce Paralegal