IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 17-cr-00141-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEON JACKSON,
    a/k/a "D-Act,"

        Defendant.

## GOVERNMENT'S MOTION REGARDING ACCEPTANCE OF RESPONSIBILITY

The United States of America, by and through Robert C. Troyer, Acting United States Attorney for the District of Colorado and the undersigned Assistant United States Attorneys, asks this Court to award a three level reduction in the base offense level pursuant to United States Sentencing Guideline §3E1.1(a) and (b) based on the defendant's acceptance of responsibility. As grounds therefore, the government states:

The defendant has assisted authorities in the prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

Based on the foregoing information, the United States respectfully requests the defendant receive a total reduction of three levels in his base offense level for acceptance of responsibility pursuant to §3E1.1(a) and (b) of the United States

1

Sentencing Guidelines.

Dated this 6th day of September, 2017.

                Respectfully submitted,

                    ROBERT C. TROYER
                    Acting United States Attorney

                    By: *s/Susan D. Knox*
                    SUSAN D. KNOX
                    Assistant U.S. Attorney
                    U.S. Attorney's Office
                    1801 California Street, Suite 1600
                    Denver, CO 80202
                    Telephone:   (303) 454-0100
                    Fax: (303) 454–0401
                    E-mail: susan.knox@usdoj.gov
                    Attorney for Government

## **CERTIFICATE OF SERVICE**

I certify that on this 6th day of September, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case

By:  *s/Diana Brown*
      Legal Assistant
      United States Attorney's Office