IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00141-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DEON JACKSON,
     a/k/a "D-Act,"

       Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. Dkt 37.   The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment returned on April 27, 2017;

THAT a Preliminary Order of Forfeiture was entered on September 1, 2017;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on November 21, 2017;

THAT no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of $64,909.00 in United States currency shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited $64,909.00 in United States currency and may dispose of it in accordance with law.

SO ORDERED this 27th day of November, 2017.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Court Judge